■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN BREWINGTON, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent.—Judgment

unanimously affirmed for reasons stated in decision at Supreme Court, Contiguglia, J. (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—Boomer, J. P., Pine, Boehm, Fallon and Davis, JJ.